UNITED STATES of America,
Plaintiff–Appellee,

v.

Banner NARVAEZ, Defendant–
Appellant.

No. 10–10138.

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.*

Filed July 18, 2011.

Melissa Anne Meister, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ramiro Flores, Jr., Flores & Haywood, PLLC, Tucson, AZ, for Defendant–Appellant.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

## MEMORANDUM **

Banner Narvaez appeals from the 45–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Narvaez contends that his sentence was substantively unreasonable. The below-Guidelines sentence imposed was reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, see United States v. Carty, 520 F.3d 984, 993 (9th Cir.2008) (en banc), and the district court's conclusion that the age and circumstances of Narvaez's 2001 firearms conviction, when measured against its seriousness, warranted a variance of only six months was consistent with this court's decision in United States v. Amezcua–Vasquez, 567 F.3d 1050, 1055–56 (9th Cir.2009).

AFFIRMED.